# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL S. HARRIS and <br> STEPHANIE J. HARRIS, <br>     Plaintiffs, <br> v. <br><br> U. S. BANK NATIONAL ASSOCIATION <br> AS TRUSTEE FOR CSFB MORTGAGE <br> BACKED PASSTHROUGH CERTIFICATES, <br> SERIES 2004-AR2, <br>     Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL NO. 4:12-cv-00696 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 26, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant U.S. Bank's Motion for Summary Judgment (Dkt. 40) be GRANTED in its entirety for Defendant, that Plaintiffs take nothing by their claims, that Defendant be awarded its costs, and that this matter be closed on the court's docket.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Defendant U.S. Bank's Motion for Summary Judgment (Dkt.

40) is GRANTED in its entirety for Defendant, and Plaintiffs shall take nothing by their claims.

Further, Defendant shall be awarded its costs, and this matter shall be closed on the court's docket.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of April, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE